# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| ELAINE BONIN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 16-cv-674 |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| CBS RADIO INC., | Hon. Lynn Adelman |
| Defendant. | |

It is hereby stipulated and agreed, by Plaintiff Elaine Bonin individually, and Defendant CBS Radio Inc., through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice in its entirety, with all parties to bear their own costs and attorneys' fees.

| **WEIL, GOTSHAL & MANGES LLP** | **ADEMI & O'REILLY, LLP** |

/s/ Yehudah L. Buchweitz
Dated: April 9, 2018
Yehudah L. Buchweitz
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone No.: 212-310-8000
Fax No.: 212-310-8007
yehudah.buchweitz@weil.com
eric.hochstadt@weil.com

Thomas L. Shriner Jr.
Chelsey B. Metcalf
FOLEY & LARDNER. LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Phone No.: 414-271-2400
Fax No.: 414-297-4900
tshriner@foley.com
cmetcalf@foley.com

*Attorneys for Defendant*

/s/ John D. Blythin
Dated: April 10, 2018
John D. Blythin (SBN 1046105)
Ademi& O'Reilly LLP
3620 E. Layton Avenue
Cudahy, WI 5311
Phone No.: 414-482-8000
Fax No.: 414-482-8001
E-mail: jblythin@ademilaw.com

*Attorneys for Plaintiff*

2

Case 2:16-cv-00674-LA   Filed 04/10/18   Page 2 of 2   Document 68